# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0767. DENISE QUINLAN v. CHATTAHOOCHEE POOLS, INC. et al.**

The Appellant's Motion For Permission To Withdraw filed in the above-styled case is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  01/02/2018*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*